No. 82–6556.   GRETZLER v. ARIZONA.   Sup. Ct. Ariz. Certiorari denied.   Reported below: No. 82–6514, 500 Pa. 16, 454 A. 2d 937; No. 82–6556, 135 Ariz. 42, 659 P. 2d 1.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–1061.   BEGASSAT v. COSMOPOLITAN NATIONAL BANK OF CHICAGO, AS TRUSTEE UNDER TRUST NO. 13199, ET AL., 459 U. S. 1207;

No. 82–5950.   SPENCER v. ISRAEL, WARDEN, 460 U. S. 1102;

No. 82–6273.   BECKER v. ARCADIAN GARDENS, 460 U. S. 1090; and

No. 82–6369.   PUCHALA ET AL. v. COINTELPRO ET AL., 460 U. S. 1092.   Petitions for rehearing denied.

No. 82–701.   NEW CASTLE AREA TRANSIT AUTHORITY v. KRAMER ET AL., 459 U. S. 1146.   Motion for leave to file petition for rehearing and for other relief denied.

JUNE 3, 1983

No. 82–6658.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.